EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br><br>Roberto Roldán Burgos | 2018 TSPR 190<br><br>201 DPR ____ |

Número del Caso: TS-8,206


Fecha:  27 de noviembre de 2018



Abogado del peticionario:

        Lcdo. Guillermo Figueroa Prieto


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Roberto Roldán Burgos

TS-8,206

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de noviembre de 2018.

Evaluada la "Solicitud de readmisión a la práctica de la abogacía" presentada por el Sr. Roberto Roldán Burgos, se provee con lugar y se le reinstala al ejercicio de la abogacía.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo